# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AARON CHERRY, | Case No. 19-cv-1894 (ADM/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| RAMSEY COUNTY CORRECTIONAL FACILITY, | |
| Defendant. | |

The above-captioned case comes before the undersigned on the Report and Recommendation [Doc. No. 7] of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period.

Accordingly**,** IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 26, 2019         s/Ann D. Montgomery
                                  Ann D. Montgomery
                                  United States District Judge